YM JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW

**FILED**
**JANUARY 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __VIRGINIA__

SHEET METAL WORKERS' NATIONAL
PENSION FUND, et al.

V.

MIDWEST FURNACE COMPANY, INC.
d/b/a Midwest Furnace Co., Inc.
d/b/a Midwest Furnace

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:   1:07cv594

**08 C 205**

I, _____Fernando Galindo_____, Acting Clerk of the United States District Court certify that the judgment is a true and correct copy of the original judgment entered in this action on _____9/17/07_____, Date

as it appears in the records of this court, and that

\*  no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

10/29/07
Date

Fernando Galindo
Acting Clerk

(By) Deputy Clerk



\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND,<br>INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY<br>NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE and<br>SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST FUND<br>SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION SCHOLARSHIP FUND<br>Edward F. Carlough Plaza<br>601 North Fairfax Street<br>Alexandria, Virginia 22314<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>MIDWEST FURNACE COMPANY, INC.<br>d/b/a Midwest Furnace Co., Inc.<br>d/b/a Midwest Furnace<br>1018 W. Glen Flora Avenue<br>Waukegan, IL 60085-1843<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 1:07CV594 |

FILED SEP 17 2007 U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ENTRY OF JUDGMENT

AND NOW, this 17 day of Sept., 2007, upon motion of David S. Bahuriak Jr., Esquire, counsel for Plaintiffs, it is hereby ORDERED that Judgment is hereby entered for Plaintiffs and against Defendant in the sum of $25,703.41, plus interest at the rate of twelve percent (12%) per annum compounded daily from June 15, 2007 and costs.

/s/
T. S. Ellis, III
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK
184085-1