IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MIDWEST FURNACE COMPANY, INC., d/b/a MIDWEST FURNACE CO., INC., d/b/a MIDWEST FURNACE, <br><br> Defendant, <br><br> and <br><br> LIBERTYVILLE BANK & TRUST CO., <br><br> Citation Respondent. | CIVIL ACTION <br><br> NO. 08 C 0205 <br><br> JUDGE JOAN B. GOTTSCHALL |

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____ (Citation Respondent), certifies under penalty of perjury that with regard to the property of the Judgment Debtor, the Citation Respondent files the following answer to th is Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle the corresponding letter to any of the following that apply, and indicate the amount held:

A. Savings Account (amount withheld) $ 0
B. Checking and/or Now Account (amount withheld) $ 0
C. Certificate of Deposit (amount withheld) $ 0
D. Money Market Account (amount withheld) $ 0
E. Trust Account (amount withheld) $ 0
F. Safety Deposit Boxes $ 0
G. Other Amounts Due $ 0
H. Adverse Claimants: Name _____
  Address _____
I. Wages, Salary or Commissions  0

7

J.     Other Personal Property (describe)     ∅

Attach a sheet for any additional information required by the Citation.

Subtotal     ∅

Less right of offset for other loans     ∅
Less deduction for fees limited by law     ∅

Total     ∅

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_____
Agent for Citation Respondent

1/29/08
Date

Third Party Respondent/Agent
Agent Name:        Joan M. DeRango
Agent Title:       SVP
Respondent Name:   Libertyville Bank & Trust
Address:           1200 S. Milwaukee Ave
                   Libertyville IL 60048
Phone:             847-990-6740
Fax:               847-990-6767

A copy of this Answer should be filed with the Court Clerk for the United States District Court for the Northern District of Illinois, Eastern Division, and a copy sent to the Attorney for Plaintiffs, and to the Judgment Debtor.

8

# CheckManager *Plus*™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution



026649     03/09/06     8033040     308.13

# CheckManager *Plus* ™

01/29/08

Account: 100168100
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**CREDIT**
**GENERAL LEDGER**

Date: 3-9-06  Prepared By: [signature]  Approved By: [signature]
LIBERTYVILLE BANK & TRUST

Description: 3/8 Midwest Furnace
28 0041508 100

Offset:

| COST CENTER | ACCOUNT NUMBER | DESC. CODE | AMOUNT |
|---|---|---|---|
| 100 | 168100 |  | 308/3 |

⑇5158⑇0002⑇

03/09/06   8033050   308.13

# CheckManager Plus ™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution



026782    05/05/06    9150960    266.52

# CheckManager *Plus* ™

01/29/08

Account:      0100168100
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**CREDIT**
**GENERAL LEDGER**

Date: 5-5-06          Prepared By: *L Beck*          Approved By: *GN*

LIBERTYVILLE BANK & TRUST COMPANY

Description: *Midwest Finance*
0880041209-100

Offset: *CD # 26782*

| COST CENTER | ACCOUNT NUMBER | DESC. CODE | AMOUNT |
|---|---|---|---|
| 100 | 168100 | | 266.52 |

⑉5158⑈0002⑇

05/05/06    9150970    266.52

# CheckManager Plus ™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

```
                                                                        26746
MIDWEST FURNACE COMPANY, INC.
1018 GLEN FLORA AVE.
WAUKEGAN, IL 60085                    BANK OF WAUKEGAN
                                      WAUKEGAN, ILLINOIS         70-2357/719

PAY ____ MIDWEST FURNACE CO, INC ___ 20,000 dols 00 cts ____ DOLLARS

TO THE
ORDER OF  Gurnee Community Bank   DATE 4/20/06  CHECK NO. 26746  AMOUNT 20000 00

                                              MIDWEST FURNACE COMPANY, INC.

Partial loan repayment                        Julie O'Brien

⑆026746⑆ ⑈071923378⑈ ⑆019 1489 ⑆
```

026746    04/24/06    9013560    20000.00

# CheckManager *Plus* ™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**MIDWEST FURNACE COMPANY, INC.**
1018 GLEN FLORA AVE.
WAUKEGAN, IL 60085

26747

BANK OF WAUKEGAN
WAUKEGAN, ILLINOIS
70-2337/719

PAY ___ MIDWEST FURNACE CO, INC. 25,000dols00cts ___ DOLLARS

TO THE ORDER OF ___ Gurnee Community Park

| DATE | CHECK NO. | AMOUNT |
| 4/20/06 | 26747 | 25000 00 |

MIDWEST FURNACE COMPANY, INC.

Paid in full

Julie O'Brien

⑆026747⑆ ⑈071923378⑉ ⑆019 1189 4⑆

026747   04/24/06   9013550   25000.00

# CheckManager *Plus* ™

01/29/08

Account: 100168100
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**CREDIT**
**GENERAL LEDGER**

Date: 4-24-06
Prepared By: OM
Approved By: [signature]

LIBERTYVILLE BANK & TRUST COMPANY

Description: Midwest furnace / 880041509-100

Offset:

| COST CENTER | ACCOUNT NUMBER | DESC. CODE | AMOUNT |
|---|---|---|---|
| 100 | 168100 | | 45,000.00 |

⑀5158⑀0002⑁

04/24/06   9013570   45000.00

http://123.113.90.19/gw-bin/gwgtwy.dll/print?20060424-9-1-3570-9013570.htm    1/29/2008

# CheckManager *Plus* ™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution



026696    04/13/06    7103750    295.95

# CheckManager *Plus* ™

01/29/08

Account:　　100168100
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**CREDIT**
**GENERAL LEDGER**

Date: 4-13-06　　Prepared By: *S Buf*　　Approved By: *(illegible)*

LIBERTYVILLE BANK & TRUST
©2003 ILLIANA FINANCIAL, INC.

Description: *Midwest Insurance Co*
88004509-100

Offset: *Ck # 26696*

| COST CENTER | ACCOUNT NUMBER | DESC CODE | AMOUNT |
|---|---|---|---|
| 100 | 168100 | | 295 95 |

⑆5158⏣0002⑈

04/13/06　　7103760　　295.95

# CheckManager *Plus* ™

01/29/08

Account:
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution



026697   04/13/06   7103730   50.00

# CheckManager *Plus* ™

01/29/08

Account: 100168100
Name:
Address:

The image shown below represents an official copy of the original document as processed by our institution

**CREDIT**
**GENERAL LEDGER**

Date: 4-13-06
Prepared By: *[signature]*
Approved By: *[initials]*

LIBERTYVILLE BANK & TRUST COMPANY

Description: Midwest Insurance
08800 41509-100

Offset: CW # 26697

| COST CENTER | ACCOUNT NUMBER | DESC. CODE | AMOUNT |
|---|---|---|---|
| 100 | 168100 | | 50.00 |

‹:5158⬩0002‹:

04/13/06    7103740    50.00