IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, </br></br>      Plaintiffs, </br></br>vs. </br></br>MIDWEST FURNACE COMPANY, INC., d/b/a MIDWEST FURNACE CO., INC., d/b/a MIDWEST FURNACE, </br></br>      Defendant, </br></br>and </br></br>NORSTATES BANK, f/k/a BANK OF WAUKEGAN, </br></br>      Citation Respondent. | CIVIL ACTION </br></br>NO. 08 C 0205 </br></br>JUDGE JOAN B. GOTTSCHALL |

## NOTICE OF DISMISSAL OF CITATION TO DISCOVER ASSETS TO THIRD PARTY

TO:   Ms. Mary Kassin                                 Ms. Julie O'Brien
        NorStates Bank, f/k/a Bank of Waukegan     Midwest Furnace Company, Inc.
        1601 N. Lewis Avenue                      1018 W. Glen Flora Avenue
        Waukegan, IL  60085                       Waukegan, IL  60085-1843

     NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the Citation to Discover Assets to Third Party proceeding against Third-Party Citation Respondent, NORSTATES BANK, f/k/a BANK OF WAUKEGAN, without prejudice to the rights of Plaintiffs.

                                                                     /s/  Beverly P. Alfon

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal of Citation to Discover Assets to Third Party) with the Clerk of Court using the CM/ECF system, and further certifies that I have sent the above-referenced document by facsimile to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 27th day of March 2008:

>Ms. Mary Kassin
>NorStates Bank, f/k/a Bank of Waukegan
>1601 N. Lewis Avenue
>Waukegan, IL  60085
>847-244-8580

and by e-mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 27th day of March 2008:

>Ms. Julie O'Brien
>Midwest Furnace Company, Inc.
>1018 W. Glen Flora Avenue
>Waukegan, IL  60085-1843
>jobrien@midwestfurnace.com

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\SMIJ\Midwest Furnace\notice of dismissal of citation (norstates bank).wpd

## Confirmation Report - Memory Send

```
Page         : 001
Date & Time  : 03-27-08   01:01pm
Line 1       : 3122360241
Machine ID   : Baum Sigman
```

| | | |
|---|---|---|
| Job number | : | 111 |
| Date | : | 03-27  01:01pm |
| To | : | ☎18472448580 |
| Number of pages | : | 003 |
| Start time | : | 03-27  01:01pm |
| End time | : | 03-27  01:01pm |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 111 | *** SEND SUCCESSFUL *** |

---

# FAX COVER SHEET

March 27, 2008

**TO**
Mary Kassin, Operations Assistant
Norstates Bank

**FAX**
847-244-8580

**SUBJECT**
Sheet Metal Workers' National Pension Fund, et al. v. Midwest Furnace Company, Inc., d/b/a Midwest Furnace Co., Inc., d/b/a Midwest Furnace
Civil Action No. 08 C 0205
Our File No. 20715

**FROM**
Beverly P. Alfon

BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
3, including this cover sheet

**COMMENTS**

---

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE